UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRESTON E. RICHARDSON,

    Plaintiff,

v.

NANCY DAUTH, *et al.*,

    Defendants.

Case No. C06-5727FDB/KLS

ORDER DENYING MOTION
FOR EXTENSION OF TIME

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's motion for extension of time. (Dkt. # 22). Defendants' have filed a letter advising the Court that, as there is no provision in the Federal Rules for responding to an answer, the Defendants will not file a response to Plaintiff's motion unless ordered to do so by the court. (Dkt. # 24).

Plaintiff states that since April 5, 2007, he has been in IMU, without full access to his legal papers or legal library access. (*Id.*) Therefore, he is not able to properly file a response to Defendants' Answer, which was filed on April 26, 2007. (Dkt. # 21). Defendants' Answer contains no counterclaim and the Court has not ordered that a response to the answer is required. Under these circumstances, the Federal Rules of Civil Procedure do not allow or require the filing of a response to an answer to the Complaint in this case. *See* Fed. R. Civ. P. 7.

ORDER
Page - 1

1      Accordingly, there is no need for the extension of time sought by Plaintiff and his motion (Dkt. # 22) is **DENIED**.

     The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

     DATED this 23rd day of May, 2007.

                                            Karen L. Strombom
                                            United States Magistrate Judge