HONORABLE FRANKLIN D. BURGESS
MAGISTRATE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| PRESTON E. RICHARDSON, | NO. C06-5727FDB/KLS |
|---|---|
| Plaintiff, | ORDER STAYING DISCOVERY |
| v. | |
| NANCY DAUTH, et al, | |
| Defendants. | |

THIS MATTER having come regularly before the Parties Motion to Stay Discovery, the Court having reviewed the memorandums submitted by the parties and being otherwise fully advised makes the following

ORDER:

1. Discovery in this matter is STAYED pending the Court's ruling on the Defendants' motion to dismiss;

2. Should this Court deny Defendants' motion to dismiss, the Defendants will be allowed 30 days from the date of that order to respond to Plaintiff's outstanding discovery requests;

/ / /
/ / /
/ / /
/ / /

ORDER STAYING DISCOVERY
(No. C06-6727)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

3. The Clerk of the Court is directed to send a conformed copy of this order to Counsel for Plaintiff and Defendants.

DATED this 18th day of October, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Submitted by:

ROBERT M. MCKENNA
Attorney General

/s/ Kimberly Frinell
KIMBERLY FRINELL, WSBA#31451
Assistant Attorney General

/s/
PRESTON RICHARD
Pro Se

ORDER STAYING DISCOVERY
(No. C06-6727)

2

## CERTIFICATE OF SERVICE

I hereby certify that, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

☐ US Mail Postage Prepaid
☐ United Parcel Service, Next Day Air
☐ ABC/Legal Messenger
☐ State Campus Delivery
☐ Hand delivered By: _____

TO:

PRESTON RICHARDSON, WA DOC #810670
WASHINGTON STATE REFORMATORY
PO BOX 777
MONROE WA  98272-0777

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of October, 2007.


/s/Cherrie Kollmer
CHERRIE KOLLMER

ORDER STAYING DISCOVERY           3           ATTORNEY GENERAL OF WASHINGTON
(No. C06-6727)                                                Criminal Justice Division
                                                              PO Box 40116
                                                              Olympia, WA 98504-0116
                                                              (360) 586-1445