UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRESTON E. RICHARDSON,

    Plaintiff,

v.

NANCY DAUTH, *et al.*,

    Defendants.

Case No. C06-5727 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE, EXCEPT AS TO DEFENDANT NANCY DAUTH

    This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that, except as to Defendant Nancy Dauth, Defendants' motion to dismiss Plaintiff's civil rights action be granted for failure to exhaust administrative remedies, failure to state a claim and on the basis of qualified immunity. Plaintiff, an inmate at the Washington State Reformatory filed this civil rights complaint pursuant to 42 U.S.C. § 1983 alleging violations of his First and Fourteenth Amendment rights, the Religious Land Use and Institutionalized Persons Act and Art. I §11 of the Washington State Constitution.

    As detailed by the Magistrate Judge, other than the claim against Defendant Dauth, Plaintiff has not yet fully exhausted his available administrative remedies. Concerning Defendant Dauth, the Magistrate Judge recommends that Plaintiff be given the opportunity to amend his complaint to allege, if possible, the facts showing how Defendant Dauth personally participated in the alleged deprivation of Plaintiff's rights.

ORDER - 1

1     The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

2 Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

3 hereby find and ORDER:

4     (1)    The Court adopts the Report and Recommendation;

5     (2)    Defendants' motion to dismiss (Dkt. # 28) is **GRANTED except as to Defendant Nancy Dauth** and Plaintiff's claims against all Defendant **except Defendant Nancy Dauth** are **DISMISSED WITHOUT PREJUDICE**;

7     (3)    Plaintiff is granted leave to amend his Complaint to allege facts showing how Defendant Dauth personally participated in depriving Plaintiff of a right, privilege or immunity secured by the Constitution or law. Plaintiff's amended complaint must relate to the issues raised in Grievance No. 0610181. The amended complaint must carry the same case number as this one. Plaintiff is advised that the amended complaint operates as a *complete* substitute for an original pleading. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (citing *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990) (as amended), *cert. denied*, 506 U.S. 915 (1992). Therefore, his amended complaint must include all parties, causes of action, and exhibits. Plaintiff shall file his amended complaint **within twenty (20) days of the date of this Order;**

13     (4)    This matter shall be re-referred to Magistrate Judge Karen L. Strombom for further proceedings; and

15     (5)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom. The Clerk is also directed to send Plaintiff the appropriate forms so that he may file an amended complaint.

DATED this 25th day of February, 2008.

FRANKLIN D. BURGESS  
UNITED STATES DISTRICT JUDGE

ORDER - 2