UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRESTON E. RICHARDSON,

    Plaintiff,

  v.

NANCY DAUTH, *et al.*,

    Defendants.

Case No. C06-5727 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S CLAIMS

This matter comes before the Court on the recommendation of the Magistrate Judge that Plaintiff's remaining claims be dismissed without prejudice for failure to state a 42 U.S.C. § 1983 claim. As detailed in the Report and Recommendation, Plaintiff has been given an opportunity to cure, if possible, the deficiencies in his complaint. Plaintiff has failed to take advantage of this opportunity. Plaintiff also has not filed an objection to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's claims against Defendant Nancy Dauth are **DISMISSED WITHOUT PREJUDICE**;

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 18th day of April, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE