# United States District Court

WESTERN DISTRICT OF WASHINGTON

PRESTON E RICHARDSON            JUDGMENT IN A CIVIL CASE

v.

NANCY DAUTH, et al.            CASE NUMBER: C06-5727FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's claims against Defendant Nancy Dauth are **DISMISSED WITHOUT PREJUDICE**.

April 21, 2008            BRUCE RIFKIN
                                                               Clerk

                                                                s/ D. Forbes
                                                                By, Deputy Clerk